

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2019

No. 04-17-00595-CR

Christopher M. **HARBER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5166
Honorable Ron Rangel, Judge Presiding

# O R D E R

The State's Motion for Permission to File a Supplemental Brief is hereby GRANTED.

It is so **ORDERED** on April 16, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court